UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

AGRIGENETICS, INC.,

                                 Plaintiff,

        -against-

SEMILLAS PAPALOTLA, S.A de C.V.,

                                 Defendant.

-------------------------------------------------------x

No. 20 CV 429-LTS

## ORDER

The Court has received and reviewed in its entirety Plaintiff's Proposed Order to Show Cause why a Preliminary Injunction should not be granted, and all documents in support thereof. (Docket Entry Nos. 8-12.) Plaintiff's request for an Order to Show Cause is denied. The Court hereby sets a schedule for accelerated briefing and consideration of Plaintiff's motion for a Preliminary Injunction.

Plaintiff's injunctive relief motion lacks factual support in evidentiary form. Plaintiff is hereby ordered to supplement its motion papers by filing and serving upon Defendant's counsel **by 5:00 p.m. on February 7, 2020,** by email, followed with hard copy by overnight mail, affidavits or declarations by persons with knowledge of the factual contentions relied upon in Plaintiff's motion for a preliminary injunction. Attorney affirmations and unverified pleadings are generally insufficient to establish factual matters relied upon in support of a motion. See Individual Practices of Judge Swain, Rule A(2)(f).

Defendant's opposition must be filed on the Court's ECF system by **February 11, 2020, at 5:00 p.m.** and any reply by Plaintiff must be filed by **February 13, 2020, at 12:00 p.m.** The hearing on Plaintiff's motion for a preliminary injunction will commence at **10:00 a.m. on February 14, 2020,** in Courtroom 17C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007.

SO ORDERED.

Dated: New York, New York
February 6, 2020

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge