UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

AGRIGENETICS, INC.,

                              Plaintiff,

      -against-

SEMILLAS PAPALOTLA,

                              Defendant.

-------------------------------------------------------x

No. 20 CV 429-LTS

## ORDER

For the reasons stated on the record at the proceeding today, Plaintiff's Motion for a Preliminary Injunction (Docket Entry Nos. 9 and 14), is denied. The parties are hereby ordered to promptly meet and confer, and file a joint status report by **February 28, 2020,** to inform the Court as to whether judgment dismissing Plaintiff's claims for declaratory and injunction relief may be entered and, if not, what further proceedings are necessary to resolve this case.

    SO ORDERED.

Dated: New York, New York
       February 14, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge