**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

AGRIGENETICS, INC.,

                Plaintiff,

-against-

SEMILLAS PAPALOTLA,

                Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

20 **CIVIL** 429 (LTS)(GWG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsed Order dated February 28, 2020, the complaint in the above-

captioned action is hereby dismissed upon consent of the parties, with prejudice. Each party to

bear its own costs.

**Dated:** New York, New York
       February 28, 2020

                              **RUBY J. KRAJICK**

                               **Clerk of Court**

              **BY:**                        

                               **Deputy Clerk**